IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    CHARLOTTE DEAN DAVIS                              Case No. 21-01647
            PATRICK K DAVIS, Debtor(s)                                  CHAPTER 13

CHARLOTTE DEAN DAVIS                                                   PLAINTIFFSS
PATRICK K DAVIS

V.                                                                            ADVERSARY NO. 23-00003-JAW

ITAVIUS BURKS; ALISON CRAPPS,
SCOTT COUNTY TAX ASSESSOR;
BETTY ODOM, JUSTICE COURT CLERK;
MISSISSIPPI DEPARTMENT OF REVENUE                 DEFENDANTS

## DEFAULT JUDGEMENT

      Default was entered against Defendants Itavius Burks, Alison Crapps and Betty Odom on April 10, 2023 (dk no. 18). Therefore, on Motion for Default Judgment (dk no. ____) by Plaintiffs Charlotte Dean Davis and Patrick K Davis, and the Plaintiffs having advised the Court that Defendants has been duly served with summons and complaint and has failed to answer and otherwise defend, judgment is entered against Defendants and in favor of Plaintiffs pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Default Judgment is entered against Itavius Burks, Alison Crapps and Betty Odom in favor of Plaintiffs Charlotte Dean Davis and Patrick K Davis.

**IT IS FURTHER ORDERED AND ADJUDGED** that the tax sale conducted on October 31, 2022 is set aside as void ab initio, respecting the 1997 BELM SUMMIT Mobile Home (VIN 33136) of plaintiffs.

**IT IS FURTHER ORDERED AND ADJUDGED** that Mississippi Department of Revenue shall issue a title to the 1997 BELM SUMMIT Mobile Home (VIN 33136, Title Number MS0163186944) listing Charlotte Dean Davis and Patrick K Davis as owners.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB # 103469)
The Rollins Law Firm, PLLC
PO BOX 13767,
Jackson, MS 39236
601.600.5533